IN THE

TENTH COURT OF
APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-04-00158-CV

 

In the Interest of A.N.B., C.B. and D.B.,

Children

 

 



From the County
Court at Law No. 2

Johnson County, Texas

Trial Court #
D200200288

 

 



MEMORANDUM 
Opinion



 

Appellant failed to serve a copy of the notice of appeal on
Appellees.  The Clerk of this Court
notified Appellant that the appeal may be dismissed for failure to comply with
the requirements of the Rules of Appellate Procedure if the notice of appeal
was not served on Appellees and proof of service filed with the Court within 10
days.  See Tex. R. App. P. 42.3(a).  Appellant has failed to comply.  Accordingly, the appeal is dismissed.

PER CURIAM

 

Before Chief Justice Gray,

Justice Vance, and

Justice Reyna

Appeal dismissed

Opinion delivered and filed September 1, 2004

[CV06]